```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JEFFERSON McLAMB,

                Petitioner,

        -against-                        MEMORANDUM & ORDER
                                         05-CV-618(JS)
GLENN GOORDE, Commissioner of
Corrections, JOHN MAHER, Acting
Superintendent,

                Respondents.
----------------------------------X
APPEARANCES:
For Petitioner:         Jefferson McLamb, Pro Se
                        No. 90-T-1283
                        Mohawk Correctional Facility
                        6100 School Road
                        P.O. Box 8450
                        Rome, New York 13442

For Respondents:        Marcia R. Kucera, Esq.
                        Suffolk County District Attorney
                        Criminal Courts Building
                        200 Center Drive
                        Riverhead, New York 11901
```

SEYBERT, District Judge:

On December 15, 2005, this Court issued an Order ("December Order") denying pro se Petitioner Jefferson McLamb's habeas corpus petition pursuant to 28 U.S.C. §§ 2254 and 2244. On January 20, 2006, Petitioner appealed the December Order to the Second Circuit Court of Appeals and requested a certificate of appealability.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c)(2), Petitioner's request for a certificate of

appealability is DENIED. Petitioner has not made a substantial showing of denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, 327, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003). Petitioner must apply to the Circuit for further relief.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
May 5, 2006